**DOCKETED**
NOV 1 5 2002

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 02 C 5893 |
| v. ) ) | Judge Ronald Guzman |
| HOUSEHOLD INTERNATIONAL, INC., ARTHUR ANDERSEN LLP, W.F. ALDINGER, and D.A. SCHOENHOLZ, ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. ) | **FILED** NOV 1 3 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

### NOTICE OF FILING

TO: Gary L. Specks
203 North LaSalle Street – Suite 2100
Chicago, Illinois 60601

Frederic S. Fox
Shelly Thompson
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue – 22nd Floor
New York, New York 10022

Peter Fischbein – Medicore
Heights Plaza, Fifth Floor
777 Terrace Avenue
Hasbrouck Heights, New Jersey 07604

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg
224 South Michigan Avenue – Suite 1100
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on November 13, 2002, Defendant Arthur Andersen LLP, by and through its attorneys, Mayer, Brown, Rowe & Maw, caused to be filed with the U.S.

24

District Court for the Northern District of Illinois, Eastern Division, a Notice of Filing and a Notice of Substitution of Lead Counsel, copies of which are attached and hereby served upon you.

Respectfully submitted,

By: *Susan Charles*

**One of the Attorneys for Arthur Andersen LLP**

Stanley J. Parzen
Lucia Nale
Susan Charles
Debra Bogosavljevic
MAYER, BROWN, ROWE & MAW
190 South LaSalle Street
Chicago, Illinois 60603
312-782-0600 (Phone)
312-701-7711 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
NOV 15 2002

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., ARTHUR ANDERSEN LLP, W.F. ALDINGER, and D.A. SCHOENHOLZ,<br><br>Defendants. | Case No. 02 C 5893<br><br>Judge Ronald Guzman<br>Magistrate Judge Nolan |

FILED
NOV 1 3 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF SUBSTITUTION OF LEAD COUNSEL

Please take notice that Arthur Andersen LLP ("Andersen") hereby substitutes lead counsel (i.e., appearance form "A" counsel). Andersen requests that the Clerk's records and the parties' service lists henceforth reflect Stanley J. Parzen as lead or "A" counsel and that all notices and other papers be directed to Mr. Parzen. Mr. Parzen already has appeared for Andersen, and this is merely a substitution of lead or "A" counsel for purposes of directing notices.

Dated: November 13, 2002

Respectfully submitted,

By: /s/ Susan Charles
One of the Attorneys for Arthur Andersen LLP

Stanley J. Parzen
Lucia Nale
Susan Charles
Debra Bogosavljevic
MAYER, BROWN, ROWE & MAW
190 South LaSalle Street
Chicago, Illinois 60603
312-782-0600 (Phone)
312-701-7711 (Facsimile)

24

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2002, I caused copies of the foregoing Notice of Filing and Notice of Substitution of Lead Counsel to be served upon the following persons via facsimile:

>Gary L. Specks
>203 North LaSalle Street – Suite 2100
>Chicago, Illinois 60601
>Telephone: 312-558-1584
>Facsimile: 312-558-1585
>
>Frederic S. Fox
>Shelly Thompson
>Kaplan Fox & Kilsheimer, LLP
>805 Third Avenue – 22nd Floor
>New York, New York 10022
>Telephone: 212-687-1980
>Facsimile: 212-687-7714
>
>Peter Fischbein – Medicore
>Heights Plaza, Fifth Floor
>777 Terrace Avenue
>Hasbrouck Heights, New Jersey 07604
>Telephone: 201-288-8220
>Facsimile: 201-288-8208
>
>Nathan P. Eimer
>Eimer Stahl Klevorn & Solberg
>224 South Michigan Avenue – Suite 1100
>Chicago, Illinois 60603
>Telephone: 312-660-7600
>Facsimile: 312-692-1718

_____
Susan Charles