IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE E. JAFFE, Pension Plan and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 02 C 5893 |
| HOUSEHOLD INTERNATIONAL, INC., ARTHUR ANDERSEN, L.L.P., | ) ) ) | Judge Ronald A. Guzman |
| Defendants. | ) ) | |
| MARC ABRAMS, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 02 C 5934 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| EISBERRY HOLDINGS, LTD., on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 02 C 6130 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

DOCKETED NOV 2 0 2002

FILED
NOV 1 2 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case: 1:02-cv-05893 Document #: 27 Filed: 11/12/02 Page 2 of 8 PageID #:182

| | |
|---|---|
| JEFFREY P. JANNETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | No. 02 C 6326 |
| BERNARD DOLOWICH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | No. 02 C 6352 |
| RONALD H. HANSCHMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | No. 02 C 6859 |
| GERALD M. FRIEDEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | No. 02 C 7067 |

JEFFREY P. JANNETT, on behalf of himself

**FILED**

NOV 1 2 2002

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on November 19, 2002, at 9:30 a.m. I shall appear before the Honorable Ronald A. Guzman in Room 1219 of the Everett McKinely Dirksen Building, Chicago, Illinois, and shall present Defendants Household International, Inc., W.F. Aldinger, and D.A. Schoenholz's Motion for Admission *Pro Hac Vice,* a copy of which is served with this notice.

Dated: November 12, 2002

Respectfully submitted,

By: _[signature]_
One of the Attorneys for
HOUSEHOLD INTERNATIONAL, INC.,
W.F. ALDINGER, and
D.A. SCHOENHOLZ

Nathan P. Eimer
Adam B. Deutsch
Eimer Stahl Klevorn & Solberg
224 S. Michigan Avenue,
Suite 1100
Chicago, Illinois 60603
(312) 660-7600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 1 2 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAWRENCE E. JAFFE, Pension Plan and on behalf of all other similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HOUSEHOLD INTERNATIONAL, INC., *et al.*, ) ) ) Defendants. ) | No. 02 C 5893<br><br>Judge Ronald A. Guzman |
| MARC ABRAMS, individually and on behalf of all other similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HOUSEHOLD INTERNATIONAL, INC., *et al.*, ) ) ) Defendants. ) | No. 02 C 5934 |
| EISBERRY HOLDINGS, LTD., on behalf of itself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HOUSEHOLD INTERNATIONAL, INC., *et al.*, ) ) ) Defendants. ) | No. 02 C 6130 |

**DOCKETED**
NOV 2 0 2002

| | | |
|---|---|---|
| JEFFREY P. JANNETT, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 02 C 6326 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| BERNARD DOLOWICH, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 02 C 6352 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| RONALD H. HANSCHMAN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 02 C 6859 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| GERALD M. FRIEDEL, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 02 C 7067 |
| HOUSEHOLD INTERNATIONAL, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants, HOUSEHOLD INTERNATIONAL, INC. ("Household"), W.F. ALDINGER, and D.A. SCHOENHOLZ (collectively the "Individual Defendants"), hereby move this Court for entry of an order, pursuant to Local Rule 83.14, admitting Paul Vizcarrondo, Jr. and Warren R. Stern to appear *pro hac vice* as counsel in the above-captioned cases on behalf of Household and the Individual Defendants. In support of this Motion, Household and the Individual Defendants state as follows:

1. Paul Vizcarrondo, Jr. is a partner in the New York law firm of Wachtell, Lipton, Rosen & Katz and is of good moral and professional character.

2. Mr. Vizcarrondo is a member in good standing of the bar of the State of New York. In addition, Mr. Vizcarrondo is a member of the bars of several United States District Courts, United States Courts of Appeals, and the United States Supreme Court.

3. Attached hereto as Exhibit A is a copy of Mr. Vizcarrondo's Application for Leave To Appear *Pro Hac Vice*, which has been filed with the Clerk. Exhibit B attached hereto is the receipt from the Clerk's Office.

4. Warren R. Stern is a partner in the New York law firm of Wachtell, Lipton, Rosen & Katz and is of good moral and professional character.

5. Mr. Stern is a member in good standing of the bar of the State of New York. In addition, Mr. Stern is a member of the bars of several United States District Courts, United States Courts of Appeals, and the United States Supreme Court.

6. Attached hereto as Exhibit C is a copy of Mr. Stern's Application for Leave To Appear *Pro Hac Vice*, which has been filed with the Clerk. Exhibit D attached hereto is the receipt from the Clerk's Office.

7. Mr. Vizcarrondo and Mr. Stern are two of the lead attorneys in this case, and Illinois counsel with an office in this District has been designated upon whom service of papers may be made.

WHEREFORE, Defendants HOUSEHOLD INTERNATIONAL, INC., W.F. ALDINGER, and D.A. SCHOENHOLZ respectfully request that this Court enter an order admitting Paul Vizcarrondo, Jr. and Warren R. Stern *pro hac vice* as additional counsel on their behalf in this case.

Dated: November 12, 2002

Respectfully submitted,

HOUSEHOLD INTERNATIONAL, INC.,
W.F. ALDINGER, and D.A. SCHOENHOLZ

By: _____
Nathan P. Eimer
Adam B. Deutsch
Eimer Stahl Klevorn & Solberg
224 S. Michigan Avenue
Suite 1100
Chicago, Illinois 60604

# SEE CASE FILE FOR EXHIBITS