UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>Defendants. | Lead Case No. 02-C-5893<br><br>(Consolidated)<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Nan R. Nolan |

FILED OCT 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
OCT 18 2004

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 21, 2004, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald Guzman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1219, of the Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then and there present the attached **Motion for Leave to Withdraw as Counsel.**

Dated: October 14, 2004

Respectfully submitted,

By: [signature]
EIMER, STAHL, KLEVORN &
SOLBERG LLP
Nathan P. Eimer
Adam B. Deutsch
224 South Michigan Avenue
11th Floor
Chicago, Illinois 60604
(312) 660-7600

*and*

MILBANK, TWEED, HADLEY &
McCLOY LLP
David R. Gelfand

NY2:#4609565

Michael L. Hirschfeld
Douglas W. Henkin
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Household
International, Inc., Household Finance
Corporation, William F. Aldinger, David A.
Schoenholz, Gary Gilmer, and J.A. Vozar*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>HOUSEHOLD INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | Lead Case No. 02-C-5893<br><br>(Consolidated)<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Nan R. Nolan |

**FILED** OCT 14 2004 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

**DOCKETED**
**OCT 1 8 2004**

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), David R. Gelfand, Michael L. Hirschfeld, Douglas W. Henkin, Stacey J. Rappaport, and L. Anthony Pellegrino, counsel for defendants Household International, Inc., Household Finance Corporation, William F. Aldinger, David A. Schoenholz, Gary Gilmer, and J.A. Vozar (collectively, the "Household Defendants"), hereby move this Court for entry of an order granting them leave to withdraw as counsel for the Household Defendants. In support of this motion, Milbank and Messrs. Gelfand, Hirschfeld, Henkin, and Pellegrino and Ms. Rappaport state as follows:

1.  On May 19, 2004, this Court granted leave for David R. Gelfand, Michael L. Hirschfeld, Douglas W. Henkin, Stacey J. Rappaport and Louis A. Pellegrino of Milbank to appear *pro hac vice* on behalf of Household Defendants.

2.  At this time, the Household Defendants, Milbank, Messrs. Gelfand, Hirschfeld, Henkin, and Pellegrino and Ms. Rappaport mutually consent to the withdrawal of

NY2:#4609565

Milbank and Messrs. Gelfand, Hirschfeld, Henkin, and Pellegrino and Ms. Rappaport as counsel for the Household Defendants.

3. The withdrawal of Messrs. Gelfand, Hirschfeld, Henkin, and Pellegrino and Ms. Rappaport as counsel will not prejudice the Household Defendants because the Household Defendants also are represented by Eimer Stahl Klevorn & Solberg LLP in this action.

4. In addition, the Household Defendants have retained the firm of Cahill Gordon & Reindel to represent them in this action. On October 5, 2004, motions for admission pro hac vice were filed on behalf of the Cahill Gordon & Reindel attorneys retained to represent the Household Defendants.

WHEREFORE, for the foregoing reasons, the law firm of Milbank, Tweed, Hadley & McCloy LLP, David R. Gelfand, Michael L. Hirschfeld, Douglas W. Henkin, Stacey J. Rappaport, and L. Anthony Pellegrino respectfully request that this Court grant them leave to withdraw as counsel for the Household Defendants.

Dated: October 14, 2004

Respectfully submitted,

By: _____
EIMER, STAHL, KLEVORN & SOLBERG LLP
Nathan P. Eimer
Adam B. Deutsch
224 South Michigan Avenue
11th Floor
Chicago, Illinois 60604
(312) 660-7600

MILBANK, TWEED, HADLEY & McCLOY LLP
David R. Gelfand
Michael L. Hirschfeld
Douglas W. Henkin

NY2:#4609565

1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Household
International, Inc., Household Finance
Corporation, William F. Aldinger, David A.
Schoenholz, Gary Gilmer, and J.A. Vozar*

NY2:#4609565

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2004, I caused copies of the foregoing Notice of Motion and Motion for Leave to Withdraw as Counsel to be served on the following persons in the manner stated:

**U.S. Mail**
Azra Z. Mehdi, Esq.
Luke O. Brooks, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534 (fax)
*Counsel for Plaintiffs*

**U.S. Mail**
Lawrence G. Soicher, Esq.
Law Offices of Lawrence G. Soicher
305 Madison Avenue, 46th Floor
New York, NY 10165
212/883-8000
212/697-0877 (fax)
*Counsel for Plaintiffs*

**U.S. Mail**
William S. Lerach, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
619/231-1058
619/231-7423 (fax)
*Counsel for Plaintiffs*

**U.S. Mail**
Stanley J. Parzen, Esq.
Lucia Nale, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street, Suite 3900
Chicago, IL 60603-3441
312/782-0600
312/701-7711 (fax)
*Counsel for Defendant Arthur Andersen LLP*

**Hand Delivery**
Marvin A. Miller, Esq.
Lori Fanning, Esq.
Miller Faucher and Cafferty LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
312/782-4880
312/782-4485 (fax)
*Counsel for Plaintiffs*

**U.S. Mail**
Peter Sloane, Esq.
Craig S. Kesch, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005

NY2:#4609565