# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5893 | **DATE** | 02/07/08 |
| **CASE TITLE** | Lawrence E Jaffe vs. Household Intl Inc, et al | | |

**DOCKET ENTRY TEXT**

Telephone status held. Defendants will provide Plaintiffs with a stipulation regarding the 23 witnesses on their Notice Concerning Expert Testimony, as stated in open court. As a result, Defendants need not submit summaries of the 23 witnesses' "expert" testimony as contemplated by the court's January 31, 2008 Order. Defendants have until 2/14/08 to file a brief, not exceeding 10 pages, explaining what damages information they have already received from Professor Fischel, what pre-Class Period damages information they still need from Plaintiffs, why they need it, and supporting authority. As stated in open court, citation to this court's earlier orders will not suffice as "authority." Plaintiffs will respond by 2/21/08; Defendants will reply by 2/25/08.

Dr. Bajaj will submit his surrebuttal report to Plaintiffs by 3/3/08, and his deposition will occur no later than 3/25/08. Parties will appear for status on 3/27/08 before Judge Guzman at 9:30, and then before this court at 10:30.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|