# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>- against -<br><br>HOUSEHOLD INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Lead Case No. 02-C5893<br>(Consolidated)<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzmán |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(a) AFTER PLAINTIFFS HAVE BEEN FULLY HEARD

Defendants Household International, Inc. and its former officers and directors William F. Aldinger, David A. Schoenholz and Gary Gilmer (collectively, "Defendants") hereby move pursuant to Federal Rule of Civil Procedure 50(a) for an Order granting Defendants Judgment as a Matter of Law After Plaintiffs Have Been Fully Heard for the reasons stated in the accompanying Memorandum of Law.

Dated: April 22, 2009

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By:     /s/ Thomas J. Kavaler
        Thomas J. Kavaler
        Bar No. 1269927
        Howard G. Sloane
        Bar No. 1197391
        Patricia Farren
        Bar No. 1198498
        Susan Buckley
        Bar No. 1198696
        Landis C. Best
        David R. Owen

80 Pine Street
New York, New York 10005
(212) 701-3000

    - and-

EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue
Chicago, Illinois 60604
(312) 660-7600

*Attorneys for Defendants Household International, Inc., William F. Aldinger, David A. Schoenholz and Gary Gilmer*