UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> - against - <br><br> HOUSEHOLD INTERNATIONAL, INC., ET AL., <br><br> Defendants. | Lead Case No. 02-C5893 (Consolidated) <br><br> CLASS ACTION <br><br> Judge Ronald A. Guzmán |

## DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(a) <u>AFTER THE CLOSE OF EVIDENCE</u>

Defendants Household International, Inc. and its former officers and directors William F. Aldinger, David A. Schoenholz and Gary Gilmer (collectively, "Defendants") hereby move pursuant to Federal Rule of Civil Procedure 50(a) for an Order granting Defendants Judgment as a Matter of Law After The Close of Evidence for the reasons stated in the accompanying Memorandum of Law and Defendants' April 22, 2009 Memorandum of Law in Support of Defendants' Motion for Judgment as a Matter of Law Pursuant to Rule 50(a) After Plaintiffs Have Been Fully Heard (Dkt. 1567), incorporated by reference therein.

Dated: April 29, 2009

                                                   Respectfully submitted,

                                                   CAHILL GORDON & REINDEL LLP

                                                   By:     /s/ Thomas J. Kavaler
                                                                        Thomas J. Kavaler
                                                                        Bar No. 1269927
                                                                        Howard G. Sloane
                                                                        Bar No. 1197391
                                                                        Patricia Farren
                                                                        Bar No. 1198498

    Susan Buckley
    Bar No. 1198696
    Landis C. Best
    David R. Owen

80 Pine Street
New York, New York 10005
(212) 701-3000

   - and-

E IMER S TAHL K LEVORN & S OLBERG LLP
224 South Michigan Avenue
Chicago, Illinois 60604
(312) 660-7600

*Attorneys for Defendants Household*
*International, Inc., William F. Aldinger,*
*David A. Schoenholz and Gary Gilmer*