**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>　　　　　　　　　Defendants. | ) Lead Case No. 02-C-5893<br>) (Consolidated)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) Judge Ronald A. Guzman<br>) Magistrate Judge Nan R. Nolan<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFFS' APPENDIX OF DEPOSITION TRANSCRIPT EXCERPTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL PURSUANT TO RULE 59</u>**

Exhibit 1: Excerpts from the deposition of Charles Cross taken April 9, 2008;

Exhibit 2: Excerpts from the deposition of Charles Cross taken on December 19, 2002 in *Luna v. Household Finance Corp.*, No. C-02-1635 (W.D. Wash.); and

Exhibit 3: Transcript designations of the videotaped deposition of Charles Cross played during trial.

DATED: September 3, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MICHAEL J. DOWD (135628)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
MAUREEN E. MUELLER (253431)


         /s/ Michael J. Dowd
         MICHAEL J. DOWD

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (90785467)
D. CAMERON BAKER (154432)
LUKE O. BROOKS (90785469)
JASON C. DAVIS (253370)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 1 -

- 2 -

        LAW OFFICES OF LAWRENCE G.
          SOICHER
        LAWRENCE G. SOICHER
        110 East 59th Street, 25th Floor
        New York, NY  10022
        Telephone:  212/883-8000
        212/355-6900 (fax)

        Attorneys for Plaintiff

S:\CasesSD\Household Intl\APP00061505_depo.doc

DECLARATION OF SERVICE BY ELECTRONIC MAIL AND BY U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on September 3, 2009, declarant served by electronic mail and by U.S. Mail to the parties PLAINTIFFS' APPENDIX OF DEPOSITION TRANSCRIPT EXCERPTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL PURSUANT TO RULE 59.

The parties' email addresses are as follows:

| | |
|---|---|
| TKavaler@cahill.com | NEimer@EimerStahl.com |
| PSloane@cahill.com | ADeutsch@EimerStahl.com |
| PFarren@cahill.com | MMiller@MillerLawLLC.com |
| LBest@cahill.com | LFanning@MillerLawLLC.com |
| DOwen@cahill.com | |

and by U.S. Mail to:

Lawrence G. Soicher, Esq.  
Law Offices of Lawrence G. Soicher  
110 East 59th Street, 25th Floor  
New York, NY 10022

David R. Scott, Esq.  
Scott & Scott LLC  
108 Norwich Avenue  
Colchester, CT  06415

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2009, at San Diego, California.

/s/ Teresa Holindrake  
TERESA HOLINDRAKE