# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>                       Defendants. | Lead Case No. 02-C-5893<br>(Consolidated)<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman<br>Magistrate Judge Nan R. Nolan |

**PLAINTIFFS' APPENDIX OF TRIAL EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL PURSUANT TO RULE 59**

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 1 | 19 | Household Bank FSB, Prospect Heights IL – FDIC Issues and Findings, FDIC Review Concurrent with OTS Exam |
| 2 | 79 | E-mail re: DAS Request – OTS Recidivists |
| 3 | 102 | Apr. 11, 2000 e-mail string re: Minutes for April 7, 2000 Credit Committee |
| 4 | 135 | Financial Relations Conference, Apr. 9, 2002 |
| 5 | 140 | Legg Mason Spring Cleaning But Risks Remain, Apr. 10, 2002 |
| 6 | 175 | Jan. 12, 2001 e-mail chain re: QO |
| 7 | 176 | Household Quality of Accounting Policies Applied in Financial Reporting with handwritten notes, 11/13/2000 |
| 8 | 188 | Attachment to HI Management Certification |
| 9 | 198 | Investor Relations Report, May-August 2002 |
| 10 | 199 | Investor Relations Report, September-October 2002 |
| 11 | 227 | Aug. 14, 2002 Press Release – Household International Certifies Accuracy of SEC Filings in 2002; Reaffirms Business Outlook for Balance of the Year; Restates Certain Prior Period Accounts |
| 12 | 231 | Household International, Inc. Form 10-K/A for the Fiscal Year Ended December 31, 2001 |
| 13 | 267 | Jan. 4, 1999 e-mail re: "Tomorrow" |
| 14 | 269 | The HFC Sales Staff Plan (eff. 1/1/2000) |
| 15 | 276 | Feb. 20, 2002 Housing Discrimination Complaint for Jose Nanez |
| 16 | 285 | July 5, 2002 letter re: Inquiry Re: Fee Ranges on the Good Faith Estimate |
| 17 | 290 | Washington DFI Expanded Report of Examination for Household Finance Corporation III as of April 30, 2002 |
| 18 | 313 | Aug. 15, 2001 e-mail from Paul Makowski to William Aldinger, *et al*., re: Delinquency |
| 19 | 324 | Sept. 23, 2002 letter from Minnesota Department of Commerce to Household Board of Directors re: Industrial Loan and Thrift Examination – IL, 920 Plymouth, MN |
| 20 | 329 | New Jersey Beneficial Exam, Oct. 29, 2001 |
| 21 | 333 | Mar. 11, 2002 Household Letter re: Regulatory Examination Licenses MLB-111 7 ML-18 (Virginia) |
| 22 | 347 | Memorandum re: U.S. Consumer Finance Growth Strategies (Meeting with Andrew Kahr 12/18) |
| 23 | 348 | Jan. 27, 1999 Memo "Initiatives to Accelerate Growth of U.S. Consumer Finance"; Memorandum from Gary Gilmer to Bill Aldinger, *et al.* re: Initiatives to Accelerate Growth of U.S. Consumer Finance |
| 24 | 360 | Apr. 15, 2002 Household Memorandum re: MS March Results |

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 25 | 379 | FAX (Florida Review/Effective Rate Complaints/Prohibited Sales Practices); May 20, 2002 fax re: IMPORTANT (e-mails re: Fla Review attached to fax) |
| 26 | 445 | June 18, 2002 e-mail re: Meeting with Michigan Regulators |
| 27 | 447 | Jan. 13, 1999 e-mail re: Parity Act |
| 28 | 458 | Dec. 22, 1998 e-mail re: Growth in 1999 |
| 29 | 461 | Jan. 18, 1999 memorandum re: December and YTD Operating Results |
| 30 | 481 | Nov. 16, 2000 HFC Beneficial Memo re: October Results |
| 31 | 491 | Jan. 17, 2001 Household Press Release – Household International Reports Highest Full Year and Quarterly EPS in Its History; Tenth Consecutive Record Quarter; Full Year Earnings Per Share Up 16 Percent, to $3.55; Full Year Net Income Rises to $1.7 Billions of Receivable |
| 32 | 503 | July 18, 2001 Household Press Release – Household Reports Record Second Quarter Results; 12th Consecutive Record Quarter; Earnings Per Share Increase 16%, to $.93; Net Income Rises 14%, to $439 Million, Receivables Up 15%, to $91.5 Billions of Revenues Grow 19% |
| 33 | 504 | Apr. 18, 2001 PR Newswire Press Release – Household Reports Record First Quarter Results; 11th Consecutive Record Quarter; – Earnings Per Share Increase 17%, to $.91 – Net Income Rises 16%, to $432 Million – Receivables Up 17%, Over First; Quarter of '00 to $88 Billion |
| 34 | 508 | Jan. 31, 2002 e-mail string from William Aldinger to Gary Gilmer and Kenneth Robin re: NJ Audit |
| 35 | 512 | June 27, 2002 Memorandum re: Revised – New Reaging Policy |
| 36 | 515 | July 11, 2002 Memorandum re: CFRA Report |
| 37 | 516 | July 1, 2002 e-mail string re: Discussion Framework |
| 38 | 533 | Mar. 20, 1999 Memorandum re: Redoing HFC Mortgage Forms to Impose High Prepayment Penalties |
| 39 | 550 | Aug. 15, 2002 forwarded e-mail (Multistate Working Group Reply to HFC) |
| 40 | 562 | Mar. 15, 2002 faxed e-mail and Bulletin Board re: Charging Points and Origination Fees; Fax with attached e-mails and memos re: Points on Points |
| 41 | 585 | Jan. 2, 2002 fax of Household Letter 12/27/2001 re: Report of Examination, Household Finance Corporation III – License #000211; Branches 001-009 |
| 42 | 596 | July 5, 2001 e-mail re: Very Important To Do Today |
| 43 | 618 | July 12, 2002 e-mail re: Reage Policies |

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 44 | 635 | HSBC Press Release – Household Reports Record First Quarter Net Income; First Quarter Earnings Per Share Rises 20%, to $1.09; First Quarter Net Income Increases to $511 Million; Managed Receivables Up 14.5%, to $101.2 Billion |
| 45 | 654 | Sept. 4, 2001 e-mail string re: Retail Services Reage Policy |
| 46 | 681 | AG Costs, Sides Loans |
| 47 | 694 | Nov. 12, 2001 Household Review of Loss Reserves & Quality of Accounting Policies |
| 48 | 706 | HSBC Press Release – Household Reports Record Quarterly and Full-Year Net Income; Fourth Quarter Earnings Per Share Rises 14%, to $1.17; Fourth Quarter Net Income Increases to $549 Million; Receivables Up $5.2 Billion in the Quarter, to $100.8 Billion; Full Year |
| 49 | 710 | May 25, 2000 e-mail string re: Testimony on Predatory Lending by Ellen Seidman |
| 50 | 712 | Comptroller of the Currency Administrator of National Banks: Report of Examination Household Bank (SB), N.A. Las Vegas, NV |
| 51 | 717 | Household International 1999 Consolidated Internal Audit Plan |
| 52 | 726 | July 2, 2002 e-mail string re: Revise Reage Analysis |
| 53 | 759 | Compensation Committee Meeting Materials for January 29, 2001 |
| 54 | 772 | Compensation Committee Meeting Materials for September 10, 2002 |
| 55 | 774 | Compensation Committee Meeting Materials for January 28, 2002 |
| 56 | 779 | Proposed Bonus Pool Concept |
| 57 | 788 | July 17, 2002 HSBC Press Release – Household Reports Record Second Quarter Results on Strong Receivables Growth |
| 58 | 794 | May 25, 2001 Memorandum re: March & April 2001 AG, BBB, & Regulatory Complaints |
| 59 | 796 | June 18, 2001 e-mail string re: Unauthorized Materials |
| 60 | 799 | June 5, 2001 forwarded e-mail (Equivalent Rate Sheet); E-mail from Ned Hennigan to Dana Williams re: Equivalent Rate Sheet |
| 61 | 820 | Investor Relations Report, November-December 2001 |
| 62 | 824 | Nov. 1, 2000 Memorandum re: Story in the *St. Louis Post-Dispatch* |

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 63 | 828 | May 21, 2001 Fax/Letter/Notes (Washington's Analysis of Household Finance/Beneficial Complaints from May 2000-2001); Fax from Tom Schneider to Craig Castelein re: 5/17/01 Memo from Patrick Hardman to Chuck Cross |
| 64 | 835 | May 28, 1999 letter re: Late Fees; Parity Act; Communications |
| 65 | 898 | May 12, 2000 Memorandum re: Insurance Service Staff Meeting |
| 66 | 899 | May 21, 2002 fax re: June/July 1999 Fax with attached Presentation (First Mortgage Sales HFC Northeastern Division) |
| 67 | 900 | May 25, 2001 e-mail re: Comparable/Equivalent Rate |
| 68 | 901 | May 24, 2001 e-mail re: Effective Rate |
| 69 | 903 | May 22, 2001 fax (Finding the 30 Year Equivalent of HFC's Bi-Weekly Program) re: 1st Mortgage |
| 70 | 916 | Aug. 3, 1999 Household Memorandum re: July Monthly Letter |
| 71 | 926 | Apr. 3, 2002 e-mail re: Customer Complaints |
| 72 | 956 | Faxed Kansas Report of Examination; Fax from Carla Madura to Robin Allcock re: Examination of Kansas License |
| 73 | 964 | Apr. 23, 2002 letter re: Household Finance/Beneficial Settlement with State of California Department of Corporations |
| 74 | 965 | Nov. 27, 2001 e-mail string from Robin Allcock to Susan Mocerino re: AMPTA |
| 75 | 967 | Apr. 26, 2001 letter re: Field Visit Examination as of March 12, 2001 |
| 76 | 978 | Oct. 17, 2001 PR Newswire Press Release – Household Reports Highest Quarterly Net Income in Its 123-Year History; Thirteenth Consecutive Record Quarter; Earnings Per Share Increases 14%, to $1.07 – Net Income Rises to $504 Million – Receivables Up 15%, to $95.7 Billion |
| 77 | 1007 | Mar. 12, 2001 Household Memorandum re: Andrew Kahr |
| 78 | 1013 | June 24, 2002 e-mail re: Waite Park (54-5202), Minnesota Examination Response |
| 79 | 1026 | June 28, 2002 e-mail re: Kahr Memos |
| 80 | 1038 | Apr. 26, 2002 e-mail re: Revised Tier 1 & 2 Spreadsheets attaching Spreadsheet titled Highly Paid U.S. Employees – Tier 1 – Parachute Calculations |
| 81 | 1048 | Mar. 8, 2002 e-mail Re: VRU EZPay Attempted Enrollment Daily Report |
| 82 | 1095 | AE, Branch, District & Division 2000 Goals |

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 83 | 1096 | Sept. 10, 2002 Letter-Request for Waiver of Prepayment Penalty or Rescindment of Application Fee/Prepaid Finance Charge with attached Forbes Article; Letter re: An Urgent Request to Waive the PPP on a Mortgage Loaned Refinanced with HFC in February 2002 |
| 84 | 1100 | Apr. 4, 2002 e-mail re: Legacy Restructures |
| 85 | 1103 | July 29, 2002 e-mail re: Collection Rewrites |
| 86 | 1117 | July 11, 2002 e-mail re: Reage Meeting Summary 7/9/2002 |
| 87 | 1148 | Aug. 28, 2002 e-mail re: Follow-up to Yesterday's Meeting |
| 88 | 1156 | Aug. 30, 2002 e-mail re: Tom |
| 89 | 1204 | OTS Report of Examination, Aug. 27, 2001 |
| 90 | 1205 | OTS Special Compliance Examination, Jan. 16, 2003 |
| 91 | 1307 | Mar. 23, 2001 B&C News Article: Fed's Predatory Proposal Supported by Household |
| 92 | 1333 | May 17, 2002 letter re: Expanded Report of Examination |
| 93 | 1338 | Wells Fargo Bank Corporate Consumer Credit Administration |
| 94 | 1351 | Consumer Finance, WFF Due Diligence, Blazer Executive Summary by the Business Team, May 9, 2002 |
| 95 | 1371 | Apr. 22, 2002 e-mail chain re: Project Blazer |
| 96 | 1383 | HHS Training Video Cassette |
| 97 | 1387 | Nov. 12, 2002 e-mail re: Re-age Fitch Servicer Presentation Slides |
| 98 | 1391 | Event Study for Household International, Inc. [7/30/99-3/28/03] |
| 99 | 1395 | HI Common Stock Estimate of Alleged Artificial Inflation for Quantification Including Leakage [7/30/99-10/11/02] |
| 100 | 1409 | Dec. 1, 2001 Dow Jones Capital Markets Report: Barron's: Does It Add Up?  A Look At Household's Accounting |
| 101 | 1410 | Dec. 11, 2001 Legg Mason Wood Walker, Inc. – Downgrading Rating to Market Performance; Part 3 |
| 102 | 1413 | Aug. 15, 2002 Morgan Stanley – Equity Research Report – "Price Target to $53 on Earnings Restatement" |
| 103 | 1429 | Aug. 27, 2002 *Bellingham Herald* Press Release – State Report Details HFC Lending Abuse; FINANCE: Copy of Suppressed Report Is Leaked to Several News Organizations |
| 104 | 1435 | Sept. 22, 2002 CIBC World Markets – Equity Research Report – HI: Lowering Price Target on Persistent Headline Risk, But Maintaining SP Rating |
| 105 | 1446 | May 31, 2002 *American Banker* article:  For Household, New Fight and Small Victory, Household International Inc. Blocks Regulatory-Exam Report |

| Tab | Plaintiffs' Trial Exhibit (PX) | Description |
|---|---|---|
| 106 | 1451 | July 27, 2001 *Minneapolis Star Tribune*: article Lending Practices Criticized; St. Paul Man Tells Senate Panel Loan Was Path to Even More Debt |
| 107 | 1486 | Timeline of Events |
| 108 | 1589 | Vozar Handwritten Notes |

| Tab | Defendants' Trial Exhibit (DX) | Description |
|---|---|---|
| 109 | 99 | Household International 2002 Proxy Statement, dated April 9, 2002 |
| 110 | 758 | Form 4 for Gary D. Gilmer, dated February 14, 2000 – Statement for February 2000 |
| 111 | 759 | Form 4 for Gary D. Gilmer, dated October 19, 2000 – Statement for October 2000 |
| 112 | 763 | Form 4 for Gary D. Gilmer, dated July 19, 2001 – Statement for July 2001 |
| 113 | 774 | Form 4 for William F. Aldinger, dated August 23, 2000 – Statement for August 2000 |
| 114 | 775 | Form 4 for William F. Aldinger, dated January 19, 2001 – Statement for January 2001 |
| 115 | 850 | Household International Inc., Annual Report for the Fiscal Year Ended December 31, 1999 (Form 10-K) (March 28, 2000) |
| 116 | 851 | Household International Inc., Annual Report for the Fiscal Year Ended December 31, 2000 (Form 10-K) (March 28, 2001) |
| 117 | 852 | Household International Inc., Annual Report for the Fiscal Year Ended December 31, 2001 (Form 10-K) (March 13, 2002) |
| 118 | DDX 802-01 | Defendants' Trial Demonstrative Exhibit re: Household's Sub-Certification Review Process for 10-K Filings |

- 7 -

| | |
|---|---|
| DATED:  September 3, 2009 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN (111070)<br>MICHAEL J. DOWD (135628)<br>SPENCER A. BURKHOLZ (147029)<br>DANIEL S. DROSMAN (200643)<br>MAUREEN E. MUELLER (253431) |

　　　　　　　　　　/s/ Michael J. Dowd
　　　　　　　　　MICHAEL J. DOWD

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (90785467)
D. CAMERON BAKER (154432)
LUKE O. BROOKS (90785469)
JASON C. DAVIS (253370)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 8 -

        LAW OFFICES OF LAWRENCE G.
          SOICHER
        LAWRENCE G. SOICHER
        110 East 59th Street, 25th Floor
        New York, NY  10022
        Telephone:  212/883-8000
        212/355-6900 (fax)

        Attorneys for Plaintiff

S:\CasesSD\Household Intl\APP00061503_tx.doc

Case 1:02-cv-05893   Document 1663   Filed 09/03/2009   Page 9 of 10

DECLARATION OF SERVICE BY ELECTRONIC MAIL AND BY U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on September 3, 2009, declarant served by electronic mail and by U.S. Mail to the parties PLAINTIFFS' APPENDIX OF TRIAL EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL PURSUANT TO RULE 59.

The parties' email addresses are as follows:

| | |
|---|---|
| TKavaler@cahill.com | NEimer@EimerStahl.com |
| PSloane@cahill.com | ADeutsch@EimerStahl.com |
| PFarren@cahill.com | MMiller@MillerLawLLC.com |
| LBest@cahill.com | LFanning@MillerLawLLC.com |
| DOwen@cahill.com | |

and by U.S. Mail to:

Lawrence G. Soicher, Esq.  
Law Offices of Lawrence G. Soicher  
110 East 59th Street, 25th Floor  
New York, NY 10022

David R. Scott, Esq.  
Scott & Scott LLC  
108 Norwich Avenue  
Colchester, CT 06415

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2009, at San Diego, California.

/s/ Teresa Holindrake  
TERESA HOLINDRAKE