# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>                     Defendants. | Lead Case No. 02-C-5893<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>Judge Ronald A. Guzman<br>Magistrate Judge Nan R. Nolan |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

511075_1

Plaintiffs hereby move, pursuant to Federal Rule of Civil Procedure 58(d), for entry of judgment against Defendants Household International, Inc., William F. Aldinger, David A. Schoenholz and Gary Gilmer, for the reasons stated in the accompanying Memorandum of Law.

| | |
|---|---|
| DATED: March 22, 2010 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN (111070)<br>MICHAEL J. DOWD (135628)<br>SPENCER A. BURKHOLZ (147029)<br>DANIEL S. DROSMAN (200643)<br>MAUREEN E. MUELLER (253431) |

                              /s/ SPENCER A. BURKHOLZ
                                SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
LUKE O. BROOKS (90785469)
JASON C. DAVIS (253370)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 2 -

LAW OFFICES OF LAWRENCE G.
 SOICHER
LAWRENCE G. SOICHER
110 East 59th Street, 25th Floor
New York, NY 10022
Telephone: 212/883-8000
212/355-6900 (fax)

Attorneys for Plaintiff

511075_1

<u>DECLARATION OF SERVICE BY ELECTRONIC MAIL AND BY U.S. MAIL</u>

I, the undersigned, declare:

1.	That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.	That on March 22, 2010, declarant served by electronic mail and by U.S. Mail to the parties the PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT.

The parties' email addresses are as follows:

| | |
|---|---|
| TKavaler@cahill.com<br>PSloane@cahill.com<br>PFarren@cahill.com<br>LBest@cahill.com<br>DOwen@cahill.com | NEimer@EimerStahl.com<br>ADeutsch@EimerStahl.com<br>MMiller@MillerLawLLC.com<br>LFanning@MillerLawLLC.com |

and by U.S. Mail to:

Lawrence G. Soicher, Esq.
Law Offices of Lawrence G. Soicher
110 East 59th Street, 25th Floor
New York, NY 10022

David R. Scott, Esq.
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT  06415

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of March, 2010, at San Diego, California.

                                                                 /s/ Mo Maloney
                                                                  Mo Maloney