# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:02-cv-05893 |
| ) | |
| v. ) ) | Judge Ronald Guzman |
| HOUSEHOLD INTERNATIONAL, INC., et al, ) ) ) | Magistrate Judge Nolan |
| Defendants. ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Household International Inc., D.A. Schoenhold, W.F. Aldinger, Gary Gilmer and J.A. Vozar, by their attorneys, respectfully request that this Court grant Adam B. Deutsch leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Defendants state as follows:

1. Since September 13, 2002, Adam B. Deutsch has been one of the attorneys of record for Defendants.

2. Mr. Deutsch has left the firm of Eimer Stahl Klevorn & Solberg LLP.

3. Defendants will continue to be represented by counsel from the firms Eimer Stahl Klevorn & Solberg LLP and Cahill Gordon & Reindel LLP.

WHEREFORE, Defendants respectfully request that the Court grant Adam B. Deutsch leave to withdraw as one of the attorneys of record in this action.

Dated: May 6, 2010

                                        Respectfully submitted,

By:   /s/Nathan P. Eimer
      Nathan P. Eimer (#00735353)
      Adam B. Deutsch (#6236959)
      John K. Theis (#6287528)
      EIMER STAHL KLEVORN & SOLBERG LLP
      224 S. Michigan Avenue, Suite 1100
      Chicago, Illinois 60604
      (312) 660-7600

      Thomas J. Kavaler
      Howard G. Sloane
      Patricia Farren
      Susan Buckley
      Landis C. Best
      David R. Owen
      CAHILL GORDON & REINDEL LLP
      80 Pine Street
      New York, NY 10005
      (212) 701-3000

      *Attorneys for Household International, Inc., Household Finance Corporation, William F. Aldinger, David A. Schoenholz, Gary Gilmer, and J.A. Vozar*

**CERTIFICATE OF SERVICE**

John K. Theis, an attorney, certifies that on May 6, 2010 he caused to be served copies of **Motion to Withdraw as Counsel**, to the parties listed below via the manner stated.

/s/ John K. Theis

**Via E-Mail**
Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
(312) 332-3400

**Via E-Mail**
Luke O. Brooks
Jason C. Davis
ROBBINS GELLER RUDMAN
& DOWD LLP
100 Pine Street, Suite 2600
San Francisco, California 94111
(415) 288-4545

Patrick J. Coughlin
Michael J. Dowd
Spencer A. Burkholz
Maureen E. Mueller
Daniel Drosman
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101