**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Lawrence E Jaffe, et al.
          Plaintiff,

v.                 Case No.: 1:02−cv−05893
                Hon. Ronald A. Guzman

Household International Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 28, 2010:

  MINUTE entry before Honorable Ronald A. Guzman: The Court strikes defendants' Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) [doc. no. 1618] and Motion for a New Trial Pursuant to Rule 59 [doc. no. 1619] as premature because a judgment cannot be entered until the case concludes. Thus, one of the options under Rule 50(b) is unavailable, i.e., the Court cannot allow judgment on the verdict, and to date, there is no judgment to alter or amend under Rule 59. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.