# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5893 | **DATE** | 10/2/2012 |
| **CASE TITLE** | Lawrence E. Jaffe Pension Plan, et al. vs. Household International, inc, et al. | | |

**DOCKET ENTRY TEXT**

The Court grants defendants' motion for clarification of the September 21, 2012 Memorandum Opinion and Order [1826] and clarifies that order as set forth below. The Court will entertain any objections to the appointment of the Special Master and any further inquiries about the September 21, 2012 order on October 4, 2012 at 9:30 a.m.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

The Court clarifies the September 21, 2012 Memorandum Opinion and Order as follows:

The Special Master:

(1) shall undertake any and all proceedings necessary to make one or more report(s) and recommendation(s) ("R&R(s)") to the Court:

    (a) regarding defendants' objections to certain claims included in the report of the claims administrator Gilardi & Co [1800], the referral of which to former Magistrate Judge Nolan has been withdrawn;

    (b) identifying the claimants who are entitled to judgment as to liability and determining the amount of damages each such claimant should receive;

    (c) identifying the claimants whose claims must be resolved at trial (*i.e.*, those who responded "yes" to the claim form question, submitted duplicate claims with conflicting answers to the claim form question or submitted multiple claims with different answers to the claim form question); and

    (d) identifying the claimants who forfeited their claims by failing to answer the claim form question and/or supplemental interrogatory.

(2) may communicate *ex parte* with the Court only upon leave obtained through a properly noticed motion;

**STATEMENT**

(3) may not communicate *ex parte* with any party;

(4) shall preserve all documents submitted to him in the course of these proceedings and file them with the, or the appropriate, R&R;

(5) shall have a certified court reporter record any hearings he conducts; and

(6) shall submit to the Court monthly a statement of the reasonable fees and expenses incurred to carry out his duties.

After the Court has reviewed and approved them, the parties will pay in equal shares the reasonable fees and expenses incurred by the Special Master.

The Court will review *de novo* any timely objections to any portion of an R&R submitted by the Special Master.