**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>                Defendants. | Lead Case No. 02-C-5893<br>(Consolidated)<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman |

**PLAINTIFFS' NOTICE OF MOTION**

885393_1

PLEASE TAKE NOTICE that on October 23, 2013, at 9:30 a.m. or as soon as practical thereafter, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Plaintiffs' Motion for an Order Setting a Schedule for Lead Plaintiffs' and Lead Counsel's Fee and Expense Applications, a copy of which is served with this Notice.

DATED: October 21, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD (135628)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
LAWRENCE A. ABEL (129596)
MAUREEN E. MUELLER (253431)

s/ MICHAEL J. DOWD
MICHAEL J. DOWD

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS (90785469)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 1 -

885393_1

- 2 -

885393_1

        LAW OFFICES OF LAWRENCE G.
          SOICHER
        LAWRENCE G. SOICHER
        110 East 59th Street, 25th Floor
        New York, NY 10022
        Telephone: 212/883-8000
        212/355-6900 (fax)

        Attorneys for Plaintiff

**DECLARATION OF SERVICE BY ELECTRONIC MAIL AND BY U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 W. Broadway, Suite 1900, San Diego, California 92101.

2. That on October 21, 2013, declarant caused to be served by electronic mail and by U.S. Mail to the parties the following document:

PLAINTIFFS' NOTICE OF MOTION

The parties' e-mail addresses are as follows:

| | |
|---|---|
| Tkavaler@cahill.com | Zhudson@bancroftpllc.com |
| Pfarren@cahill.com | Mrakoczy@skadden.com |
| Dowen@cahill.com | Rstoll@skadden.com |
| Jhall@cahill.com | Mmiller@MillerLawLLC.com |
| Pclement@bancroftpllc.com | Lfanning@MillerLawLLC.com |

and by U.S. Mail to:

Lawrence G. Soicher, Esq.
Law Offices of Lawrence G. Soicher
110 East 59th Street, 25th Floor
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2013, at San Diego, California.



s/ TERESA HOLINDRAKE
TERESA HOLINDRAKE

885393_1