**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Lawrence E Jaffe, et al.
                              Plaintiff,

v.                                                       Case No.: 1:02−cv−05893
                                                            Hon. Ronald A. Guzman

Household International Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 8, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Any objection by defendants to plaintiff's motion for an order approving notice [1903] shall be filed no later than Tuesday, November 12, 2013 at noon. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.