**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOUSEHOLD INTERNATIONAL, INC., ET AL.,<br><br>        Defendants. | Lead Case No. 02-C-5893 (Consolidated)<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman |

**DEFENDANT HOUSEHOLD INTERNATIONAL, INC., ET AL.'S
NOTICE OF APPEAL**

Notice is hereby given that Household International, Inc., William F. Aldinger, David A. Schoenholz, and Gary Gilmer, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 17th day of October, 2013.

DATED: November 12, 2013

/s/ Paul D. Clement
Paul D. Clement
BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

R. Ryan Stoll
Mark E. Rakoczy
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700

2

        Thomas J. Kavaler
        Patricia Farren
        Jason M. Hall
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, NY 10005
        (212) 701-3000

*Attorneys for Defendants Household International, Inc., William F. Aldinger, David A. Schoenholz, and Gary Gilmer*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed Defendant Household International, Inc., et al.'s Notice of Appeal and this Certificate of Service with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois by using the CM/ECF system.

The ECF system will send notification of the filing to the following:

>Michael J. Dowd, Esq.
>Daniel S. Drosman, Esq.
>Spencer A. Burkholz, Esq.
>ROBBINS GELLER RUDMAN & DOWD LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>
>Marvin A. Miller, Esq.
>Lori A. Fanning, Esq.
>MILLER LAW LLC
>115 South LaSalle Street, Suite 2910
>Chicago, IL 60603

>/s/ Paul D. Clement
>Paul D. Clement
>BANCROFT PLLC
>1919 M Street, NW, Suite 470
>Washington, DC 20036
>(202) 234-0090
>
>*Attorney for Defendants Household International, Inc., William F. Aldinger, David A. Schoenholz, and Gary Gilmer*