**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>                      Defendants. | Lead Case No. 02-C-5893<br>(Consolidated)<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman |

**PLAINTIFFS' NOTICE OF MOTION**

893956_1

PLEASE TAKE NOTICE that on November 26, 2013, at 9:30 a.m. or as soon as practical thereafter, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Plaintiffs' Motion to File Objection to the Form of Supersedeas Bond and Exhibit B Thereto Under Seal Pursuant to Local Rule 26.2, a copy of which is served with this Notice.

DATED: November 18, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS (90785469)
JASON C. DAVIS (253370)

s/Luke O. Brooks
LUKE O. BROOKS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD (135628)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
LAWRENCE A. ABEL (129596)
MAUREEN E. MUELLER (253431)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

893956_1

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

LAW OFFICES OF LAWRENCE G.
  SOICHER
LAWRENCE G. SOICHER
110 East 59th Street, 25th Floor
New York, NY 10022
Telephone: 212/883-8000
212/355-6900 (fax)

Attorneys for Plaintiff

893956_1

**DECLARATION OF SERVICE BY ELECTRONIC MAIL AND BY U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2. That on November 18, 2013, declarant caused to be served by electronic mail and by U.S. Mail to the parties the following document:

PLAINTIFFS' NOTICE OF MOTION

The parties' e-mail addresses are as follows:

| | |
|---|---|
| Tkavaler@cahill.com | Zhudson@bancroftpllc.com |
| Pfarren@cahill.com | Mrakoczy@skadden.com |
| Dowen@cahill.com | Rstoll@skadden.com |
| Jhall@cahill.com | Mmiller@MillerLawLLC.com |
| Pclement@bancroftpllc.com | Lfanning@MillerLawLLC.com |

and by U.S. Mail to:

Lawrence G. Soicher, Esq.
Law Offices of Lawrence G. Soicher
110 East 59th Street, 25th Floor
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November, 2013, at San Francisco, California.

                                                   s/Marcy Medeiros
                                                   MARCY MEDEIROS