# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lawrence E Jaffe, et al.

                              Plaintiff,

v.                                             Case No.: 1:02−cv−05893

                                              Honorable Jorge L. Alonso

Household International Inc., et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2016:

        MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held and continued to 5/23/16 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiffs' Omnibus Motion to Exclude Defendants' Experts [2128] is granted in part and denied in part. Plaintiffs' motion in limine to Permit Plaintiffs to Present Evidence of the Fraud [2133] is granted. Plaintiffs' motion in limine to (1) Preclude Defendants from Relitigating Falsity, Materiality, Scienter and Reliance; (2) Deem the Findings from the Prior Proceedings Uncontested; and (3) Preclude Reference to Dismissed Statements [2134] is granted in part and denied in part. Defendants' motion inlimine No. 1 to Exclude Evidence not Relevant to Causation or Inflation Plaintiffs' motion in limine [2144] is granted in part and denied in part. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.