# EXHIBIT B

EXHIBIT B

Robbins Geller Rudman & Dowd LLP
Expenses/Charges - Inception through August 16, 2016

| CATEGORY | | TOTAL |
|---|---|---|
| Filing, Witness and Other Fees | | $ 44,555.31 |
| Class Action Notices/Business Wire | | 4,148,764.07 |
| Special Master Fees | | 130,089.01 |
| Transportation, Hotels & Meals | | 1,194,944.35 |
| Telephone, Facsimile | | 18,878.94 |
| Postage | | 5,516.91 |
| Messenger, Overnight Delivery | | 173,930.43 |
| Court Hearing and Deposition Reporting, Public Document Requests, Tapes and Transcripts | | 342,603.97 |
| Mediation Fees | | 117,513.84 |
|     Phillips ADR Enterprises, P.C. | $ 48,520.84 | |
|     Irell & Manella LLP | 46,645.89 | |
|     ReSolutions LLC | 14,447.11 | |
|     Sperber Dispute ReSolutions, Inc. | 7,900.00 | |
| Experts | | 12,314,596.99 |
|     Compass Lexecon | $ 9,822,129.87 | |
|     Shechtman Marks Devor & Etskovitz PC/Friedman LLP | 1,999,427.30 | |
|     Ghiglieri & Company | 493,039.82 | |
| Consultants | | 254,262.00 |
|     Financial Markets Analysis LLC | $ 181,445.00 | |
|     Gregory A. Brauer (dba Decision Design Consultants) | 44,715.00 | |
|     Torrey Partners LLC | 18,502.00 | |
|     Francois Neema Consulting | 8,625.00 | |
|     Civil Action Group (dba APS International, Ltd.) | 975.00 | |
| Moot Court for Court of Appeals Argument | | 35,418.53 |
|     JAMS, Inc. | $ 22,918.53 | |
|     H. Lee Sarokin | 12,500.00 | |
| Investigators | | 241,708.01 |
|     L.R. Hodges & Associates, Ltd. | $ 228,826.01 | |
|     Lily Haggerty Investigative Services | 7,445.00 | |
|     Rock Solid Legal Services | 5,437.00 | |
| Other Legal Counsel | | 192,573.81 |
|     Irell & Manella LLP | 88,554.47 | |
|     Harbottle & Lewis LLP | 46,418.28 | |
|     Richard M. Squire & Associates | 40,706.06 | |

- 2 -

| CATEGORY | | TOTAL |
|---|---|---|
| Seltzer Caplan McMahon Vitek | 16,895.00 | |
| HSBC Technology & Services (USA) Inc. | | 11,922.50 |
| Appeal Bond Premium Cost | | 13,281,282.00 |
| Photocopies | | 1,090,587.61 |
| Outside Photocopies/Imaging/Scanning/Printing | $ 834,488.79 | |
| In-House Black and White (1,371,283 copies at $0.15 per page) | 205,692.45 | |
| In-House Color (654 copies at $0.50 per page) | 327.00 | |
| In-House Imaging/Scanning/Printing | 50,079.37 | |
| Online Legal and Financial Research | | 303,493.73 |
| Database Management and Hosting | | 310,968.70 |
| Miscellaneous (Publications/Subscriptions) | | 446.66 |
| **TOTAL** | | **$ 34,214,057.37** |

- 2 -